### Robert Burger v. W. C. Weatherby.

Decided January 27, 1906.

**Appeal Bond—Immaterial Misdescription.**

Where an appeal bond from a Justice to a County Court misdescribed the judgment appealed from in naming the amount of the same as $117 instead of $111.72, but in other respects correctly described and identified the judgment, it was sufficient.

Appeal from the County Court of Wise County. Tried below before Hon. Jno. G. Gose.

*J. M. Basham* and *L. W. Sandusky,* for appellant.

No brief for appellee.

STEPHENS, Associate Justice.—The court erred in holding the appeal bond to be insufficient and in dismissing the appeal from the Justice's Court. True, the appeal bond misdescribed the judgment as to the amount recovered, naming $117 instead of $111.72, but in no other respect did it misdescribe it. It correctly stated the date of the judgment and contained recitals showing the number and style of the cause and

the court in which the judgment was rendered. That the misdescription complained of was not fatal to the appeal seems to be established by numerous authorities, of which we need cite only the following: Warren v. Marberry & Son, 85 Texas, 193; Missouri, K. & T. Ry. v. Vowell, 34 S. W. Rep., 354; Niblo v. Dyer, 56 S. W. Rep., 216; Texas & P. Ry. v. Fields, 63 S. W. Rep., 653.

The judgment is therefore reversed and the cause remanded for a trial on the merits.

*Reversed and remanded.*